1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10  STUART WELCH and
    PAULA WELCH,
11
                Plaintiffs,            No. CIV S-09-0168 LKK DAD PS
12
          vs.
13
    COUNTRYWIDE HOME LOANS,            ORDER SETTING STATUS
14  et al.,                            (PRETRIAL SCHEDULING)
                                       CONFERENCE
15              Defendants.

16  _____/

17          This action has been assigned to United States District Judge Lawrence K. Karlton

18  and has been referred to United States Magistrate Judge Dale A. Drozd pursuant to Local Rule

19  72-302(c)(21) for all purposes encompassed by that provision.[1]

20          Pursuant to the provisions of Rule 16 of the Federal Rules of Civil Procedure, IT

21  IS ORDERED that:

22          1.  A Status (Pretrial Scheduling) Conference is set for **Friday, May 15, 2009, at**

23  **11:00 a.m.**, in Courtroom No. 27, before Magistrate Judge Drozd.

24  _____

25      [1] Plaintiffs have been informed that the assigned Magistrate Judge is available to conduct
    all proceedings in this case.  A consent form has been provided.  A party may complete a consent
    form and return it to the court at any time.  The judges handling the case will not be notified of
26  the filing of consent forms unless all parties have filed consent forms.

                                        1

1        2.  Rule 4(m) of the Federal Rules of Civil Procedure provides that **an action may**

2 **be dismissed against any defendant on whom service of process has not been completed**

3 **within 120 days from the date the complaint was filed**.  In order to comply with the 120-day

4 time limits specified in Rules 4(m) and 16(b), **plaintiffs are strongly encouraged to complete**

5 **service of process on each defendant within 90 days after the date of filing their complaint**.

6        3.  Concurrently with service of process on each defendant, or as soon thereafter

7 as possible, plaintiffs shall serve upon each defendant named in the complaint, and UPON ALL

8 PARTIES SUBSEQUENTLY JOINED, INCLUDING IMPLEADED THIRD-PARTY

9 DEFENDANTS, a copy of this order, and plaintiffs shall promptly file with the Clerk of the

10 Court a certificate reflecting such service.

11        4.  Plaintiffs shall also serve on each defendant a copy of the Notice of

12 Availability of Magistrate Judge and a copy of the consent form issued by the Clerk of the Court

13 on January 20, 2009.

14        5.  Each party shall appear at the Status Conference by counsel or, if proceeding in

15 propria persona, on his or her own behalf.  A party proceeding in propria persona cannot

16 represent any other party proceeding in propria persona.  Parties may choose to appear in person

17 or telephonically.  To arrange telephonic appearance, the party shall contact Pete Buzo, the

18 courtroom deputy of the undersigned magistrate judge, at (916) 930-4128, no later than 48 hours

19 before the Status (Pretrial Scheduling) Conference.

20        6.  Plaintiffs shall file and serve a joint status report, signed by both plaintiffs, on

21 or before **May 1, 2009.**  Each defendant shall file and serve a status report on or before **May 8,**

22 **2009**.  Each status report shall address all of the following matters:

23        a.     Progress of service of process;

24        b.     Possible joinder of additional parties;

25        c.     Any expected or desired amendment of the
pleadings;

26

1        d.     Jurisdiction and venue;

2        e.     Anticipated motions and the scheduling thereof;

3        f.     Anticipated discovery and the scheduling thereof, including disclosure of expert witnesses;

4

5        g.     Future proceedings, including the setting of appropriate cut-off dates for discovery and for law and motion, and the scheduling of a final pretrial conference and trial;

6

7        h.     Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action;

8

9        i.     Whether the case is related to any other case, including matters in bankruptcy;

10

11        j.     Whether the parties will stipulate to the assigned magistrate judge acting as settlement judge, waiving any disqualification by virtue of his so acting, or whether they prefer to have a Settlement Conference before another magistrate judge;

12

13

14        k.     Whether the parties intend to consent to proceed before a United States Magistrate Judge; and

15        l.     Any other matters that may aid in the just and expeditious disposition of this action.

16

17        7.  The pro se plaintiffs are cautioned that the failure to file a timely status report

18 or the failure to appear at the status conference, either in person or telephonically, may result in a

19 recommendation that this case be dismissed for lack of prosecution and as a sanction for failure

20 to comply with court orders and applicable rules.  <u>See</u> Local Rules 11-110 and 83-183.

21 DATED: January 21, 2009.

22

23                          _Dale A. Drozd_____

24                        DALE A. DROZD

                            UNITED STATES MAGISTRATE JUDGE

25 DAD:kw

   Ddad1\orders.prose\welch0168.ossc

26