IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STUART WELCH, et al., | No. CIV S-09-0168 LKK DAD PS |
| Plaintiffs, | |
| v. | ORDER VACATING STATUS (PRETRIAL SCHEDULING) CONFERENCE |
| COUNTRYWIDE HOME LOANS, et al., | |
| Defendants. | |

_____/

This case is set for a Status (Pretrial Scheduling) Conference on May 15, 2009. Defendant Countrywide Home Loans has noticed a motion to dismiss for hearing on April 3, 2009. No appearance has been made by defendant Fremont Investment & Loan or defendant Encore Credit Corp. The scheduling conference will be vacated to be re-set at a later time if appropriate. The hearing on defendant Countrywide Home Loans' motion will proceed as scheduled.

IT IS ORDERED that the Status (Pretrial Scheduling) Conference set for **May 15, 2009 at 11:00 a.m.** is vacated, and no status reports are required at this time.

DATED: March 16, 2009.

DAD:kw
Ddad1\orders.prose\welch0168.ovsc

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE