1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10  STUART WELCH and
    PAULA WELCH,

11
               Plaintiffs,                    No. CIV S-09-0168 LKK DAD PS
12
         vs.
13
    COUNTRYWIDE HOME LOANS,
14  FREMONT INVESTMENT & LOAN,
    and ENCORE CREDIT CORP.,            FINDINGS AND RECOMMENDATIONS
15
               Defendants,
16  _____/

17         By order filed and served by mail on September 21, 2009, plaintiffs' pro se

18  complaint was dismissed with leave to file an amended complaint that cures the defects noted in

19  the order and complies with applicable rules.  Plaintiffs were granted thirty days from the date of

20  the order to file their amended complaint and were cautioned that failure to respond to the order

21  in a timely manner may result in a recommendation that this action be dismissed.  The thirty-day

22  period has now expired, and plaintiffs have not responded to the court's order in any manner.

23         Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed

24  without prejudice.  See Local Rule 11-110; Fed. R. Civ. P. 41(b).

25         These findings and recommendations will be submitted to the United States

26  District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within

                                              1

1  twenty days after being served with these findings and recommendations, plaintiffs may file

2  written objections with the court.  A document containing objections should be titled "Objections

3  to Magistrate Judge's Findings and Recommendations."  Plaintiffs are advised that failure to file

4  objections within the specified time may waive the right to appeal the District Court's order.  <u>See</u>

5  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

6  DATED: October 30, 2009.

7

8  _____

    DALE A. DROZD

9  UNITED STATES MAGISTRATE JUDGE

10  DAD:kw

    Ddad1\orders.prose\welch0168.fta

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26